UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nicholas L. Livingston  Docket No. 5:15-MJ-1405-1

## Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nicholas L. Livingston, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-146(d)(1), Failure to Maintain Lane, and 18 U.S.C. § 13, assimilating N.C.G.S. 20-7(e), Driving Against Restrictions, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on April 26, 2016, to 6 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant works full-time and supports his kids. Mr. Livingston has completed about 20 of the required 80 community service hours. The defendant has not made a payment toward the case balance. The defendant believes he can complete the remaining community service hours and pay off the case balance within the next 6 months. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months, from October 25, 2016, until April 25, 2017. The extension is needed to complete remaining community service hours and pay off case balance.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lee Holmes
Lee Holmes
Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2568
Executed On: October 20, 2016

## ORDER OF THE COURT

Considered and ordered this 24th day of October, 2016, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge